**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cameron Bryant HARRIS,**
**Defendant–Appellant.**

**No. 13–10443**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 21, 2013.

Steven E. Butler, Kenyen Ray Brown, Sean P. Costello, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Robert Allen Ratliff, Robert A. Ratliff, PC, Mobile, AL, Defendant–Appellant.

Before CARNES, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Cameron Harris in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Harris's conviction and sentence are **AFFIRMED.**